1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  PETER HALLIFAX, Deputy City Attorney- State Bar #148783
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone: (510) 238-6524     Fax: (510) 238-6500
4  23263:345573

5  Attorneys for Defendant
   CITY OF OAKLAND

**FILED**
JUL 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>OAKLAND POLICE DEPARTMENT;<br>CITY OF OAKLAND, et al.<br><br>      Defendants. | Case No. C 04-0862 MJJ<br><br>~~PROPOSED~~ ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE<br><br>(Local Rule 6-2) |

The parties to this action having submitted a stipulated request for an order shortening time on defendants' motion to continue the trial date, and good cause having been found therefore;

**IT IS SO ORDERED** that the notice period required for the motion shall be shortened to 12 days, and that the motion shall be heard by the court on August 9, 2005 at 9.30 a.m. Plaintiff's response must be filed by August 4, 2005 at 2:30pm.

Dated:

By: _____
MARTIN J. JENKINS
JUDGE OF THE UNITED STATES DISTRICT COURT

1

~~PROPOSED~~ ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME
C-04-0862- MJJ