```
 1  JOHN A. RUSSO, City Attorney - State Bar #129729
    RANDOLPH W. HALL, Assistant City Attorney — State Bar #080142
 2  PETER HALLIFAX, Deputy City Attorney- State Bar #148783
    One Frank H. Ogawa Plaza, 6th Floor
 3  Oakland, California 94612
    Telephone: (510) 238-6524        Fax: (510) 238-6500
 4  23263:345975

 5  Attorneys for Defendant
    CITY OF OAKLAND
 6
 7
 8            UNITED STATES DISTRICT COURT
 9            NORTHERN DISTRICT OF CALIFORNIA
10
11  LAFAYETTE JOHNSON,              Case No. C 04-0862 MJJ
12              Plaintiff,          STIPULATION TO CONTINUE TRIAL
                                    DATE BY MOTION
13        v.
14  OAKLAND POLICE DEPARTMENT;      Granted
    CITY OF OAKLAND, et al.
15
16              Defendants.
17
```

18     The parties to this action, by and through their counsel of record, hereby stipulate
19  and request that the Court grant defendant's unopposed motion to continue the trial date
20  in this matter presently set for September 12, 2005 to November 14, 2005 or a date
21  thereafter at the Court's convenience.
22  ///
23  ///
24  ///
25  ///
26

```
 1  So stipulated:
 2
 3  Dated: 8/4/05
 4                              TRUDY L. MARTIN, ESQ.
 5
 6                          By: _____
                                Attorneys for Plaintiff
 7                              LAFAYETTE JOHNSON
    Dated: 5/4/2005
 8
 9                              JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
10                              PETER HALLIFAX, Deputy City Attorney
11
12                          By: _____
                                Attorneys for Defendant
13                              CITY OF OAKLAND
14
15
16  IT IS SO ORDERED THAT THE TRIAL OF THIS MATTER IS CONTINUED TO
    November 14, 2005 @ 830 a.m. Pretrial Conference set 11/8/2005
17  at 3:30 p.m.
18                              Honorable Martin J. Jenkins
                                JUDGE OF THE UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
26
```

*(Court seal: Judge Martin J. Jenkins, United States District Court, Northern District of California)*